## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CASE NUMBER 6:19-CR-00026-JDK <br> § <br> § <br> § <br> § <br> § |
| v. | |
| JOHN RYAN JOHNSON | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant John Ryan Johnson be sentenced to a term of imprisonment of 6 months, followed by a lifetime term of supervised release to include the following additional special conditions of supervised release: (1) Defendant shall reside in a residential reentry center for up to 180 days immediately upon release and must following the rules of the facility; and (2) Defendant shall submit to a search of Defendant's person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law

2

enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of Defendant's conditions of supervision.

So **ORDERED** and **SIGNED** this **19th** day of **December, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE