**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 6:19-CR-00026-JDK** |
| | § | |
| | § | |
| **JOHN RYAN JOHNSON** | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the

Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for

consideration pursuant to applicable laws and orders of this court.  The court has received and

considered the Report and Recommendation of the Magistrate Judge filed pursuant to such

order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson

recommended:

1.    that the court find that Defendant violated the first allegation in the petition that he failed to follow a standard condition of release;

2.    revoking Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.    Defendant should be sentenced to a term of 15 months' imprisonment with a lifetime of supervised release to follow.  The court adopts the magistrate judge's recommended findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced, as well as subsequent modifications made to his conditions.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the

Government each signed a standard form waiving their right to object to the proposed findings

and recommendations contained in the magistrate judge's report, consenting to revocation of

1

supervised release and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the Court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is ADOPTED.  It is therefore

ORDERED and ADJUDGED that the petition is GRANTED and John Ryan Johnson's supervised release is REVOKED.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **16th**  day of  **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2